RUDIKH & ASSOCIATES
14 Woodward Drive, FL 2
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor (s)

**Order Filed on March 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

ALEKSANDR & YELENA TARSHIS          Case No.:  **21-11284-CMG**

Debtor (s)

# ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS
## SERVED WITH THE NOTICE OF MOTION

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 18, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:          ALEKSANDR & YELENA TARSHIS
Case No.:         **21-11284**
Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS SERVED WITH THE NOTICE OF MOTION

---

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Aleksandr & Yelena Tarshis, for an Order Extending the Automatic Stay as to All Creditors served with the notice of motion, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby extended as to all creditors served with the notice of motion ; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.