RUDIKH & ASSOCIATES
14 Woodward Drive, FL 2
Old Bridge, New Jersey 08857
(732) 659-6961
Attorney for Debtor (s)

_____

**Order Filed on March 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

ALEKSANDR & YELENA TARSHIS        Case No.: **21-11284-CMG**

Debtor (s)

_____

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**
SERVED WITH THE NOTICE OF MOTION

The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: March 18, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtors:           ALEKSANDR & YELENA TARSHIS
Case No.:          **21-11284**
Caption of Order:  ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL
                   CREDITORS SERVED WITH THE NOTICE OF MOTION

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Aleksandr & Yelena Tarshis, for an Order Extending the Automatic Stay as to All Creditors served with the notice of motion, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby extended as to all creditors served with the notice of motion ; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11284-CMG |
| Aleksandr Tarshis | Chapter 13 |
| Yelena Tarshis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

**Recip ID**          **Recipient Name and Address**
db/jdb              + Aleksandr Tarshis, Yelena Tarshis, 210 Church St, Belford, NJ 07718-1531

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Denise E. Carlon
                    on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
                    on behalf of Joint Debtor Yelena Tarshis rudikhlawgroup@gmail.com
                    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
                    on behalf of Debtor Aleksandr Tarshis rudikhlawgroup@gmail.com
                    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Mar 18, 2021 Form ID: pdf903 Total Noticed: 1
TOTAL: 5