Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11284−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aleksandr Tarshis
210 Church St
Belford, NJ 07718

Yelena Tarshis
210 Church St
Belford, NJ 07718

Social Security No.:
xxx−xx−0870

xxx−xx−0888

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/26/2021 and a confirmation hearing on such Plan has been scheduled for 04/07/2021.

The debtor filed a Modified Plan on 03/26/2021 and a confirmation hearing on the Modified Plan is scheduled for 05/05/2021@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 29, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Aleksandr Tarshis  
Yelena Tarshis  
    Debtors

Case No. 21-11284-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 29, 2021 | Form ID: 186 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aleksandr Tarshis, Yelena Tarshis, 210 Church St, Belford, NJ 07718-1531 |
| 519147326 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519115999 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519116000 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519119921 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519116002 | + | Brand Source/citi Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519126398 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519136361 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519116009 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519116017 | + | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519116019 | + | The Money Source Inc, 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 519148438 | | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519116020 | + | Us Bank, Po Box 130, Hillsboro, OH 45133-0130 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 29 2021 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 29 2021 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519116001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:34:18 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519116003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:29:48 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519116005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2021 22:04:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519116008 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 29 2021 21:20:52 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519116007 | + | Email/Text: bk.notifications@jpmchase.com | Mar 29 2021 22:05:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519120298 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2021 21:21:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519117182 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2021 22:05:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519116010 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:47 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519116011 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:48 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519116012 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:48 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116013 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:48 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116014 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:48 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116015 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:49 | Syncb/sony Financial S, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116016 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2021 21:33:48 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 519116018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2021 21:29:48 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519148438 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2021 22:05:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519116020 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2021 22:05:00 | Us Bank, Po Box 130, Hillsboro, OH 45133-0130 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116006 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519116004 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2021         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 29, 2021 | Form ID: 186 | Total Noticed: 30 |

Denise E. Carlon
    on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
    on behalf of Joint Debtor Yelena Tarshis rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

Yakov Rudikh
    on behalf of Debtor Aleksandr Tarshis rudikhlawgroup@gmail.com
    rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 5