Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11284−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Aleksandr Tarshis | Yelena Tarshis |
| 210 Church St | 210 Church St |
| Belford, NJ 07718 | Belford, NJ 07718 |

Social Security No.:
  xxx−xx−0870                                           xxx−xx−0888

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 11, 2021.


Dated: May 11, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11284-CMG |
| Aleksandr Tarshis | Chapter 13 |
| Yelena Tarshis | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 11, 2021 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aleksandr Tarshis, Yelena Tarshis, 210 Church St, Belford, NJ 07718-1531 |
| 519147326 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519115999 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519116000 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519119921 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519116002 | + | Brand Source/citi Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519126398 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519116009 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 519116017 | + | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519116019 | + | The Money Source Inc, 500 S Broad St Meriden, Meriden, CT 06450-6755 |
| 519186684 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519148438 | | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519116020 | + | Us Bank, Po Box 130, Hillsboro, OH 45133-0130 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519116001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:34 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519116003 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:12:47 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519116005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2021 20:44:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519116008 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:11:48 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519116007 | + | Email/Text: bk.notifications@jpmchase.com | May 11 2021 20:44:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 519120298 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:12:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519136361 | + | Email/Text: bankruptcydpt@mcmcg.com | May 11 2021 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519156868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 11 2021 21:13:31 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519156869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2021 21:12:43 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519155448 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 11 2021 21:12:43 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519117182 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 20:44:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519116010 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:12:32 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519116011 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:13:19 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519116012 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:46 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116013 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:46 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116014 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:12:32 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116015 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:13:20 | Syncb/sony Financial S, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116016 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:46 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 519165754 | + | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519116018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:12:42 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519148438 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2021 20:44:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519116020 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 11 2021 20:44:00 | Us Bank, Po Box 130, Hillsboro, OH 45133-0130 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116006 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519116004 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: plncf13 | Total Noticed: 35 |

Date: May 13, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Joint Debtor Yelena Tarshis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Debtor Aleksandr Tarshis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5