Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 21−11284−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aleksandr Tarshis  
210 Church St  
Belford, NJ 07718

Yelena Tarshis  
210 Church St  
Belford, NJ 07718

Social Security No.:  
xxx−xx−0870

xxx−xx−0888

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Aleksandr Tarshis and Yelena Tarshis</u>  
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 14, 2025  
JAN: mmf

<u>Jeanne Naughton, Clerk</u>