**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Aleksandr Tarshis | Social Security number or ITIN   xxx–xx–0870 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Yelena Tarshis | Social Security number or ITIN   xxx–xx–0888 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   21–11284–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Aleksandr Tarshis                                    Yelena Tarshis

2/11/26                                    **By the court:** Christine M. Gravelle
                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court

District of New Jersey

In re:

Aleksandr Tarshis

Yelena Tarshis

    Debtors

Case No. 21-11284-CMG

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 11, 2026 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Aleksandr Tarshis, Yelena Tarshis, 210 Church St, Belford, NJ 07718-1531 |
| 519116009 | + New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2026 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2026 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519885295 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519885294 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519147326 | Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 21:07:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519115999 | + Email/PDF: bncnotices@becket-lee.com | Feb 11 2026 21:08:16 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519116000 | + EDI: BANKAMER | Feb 12 2026 01:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519119921 | + EDI: BANKAMER2 | Feb 12 2026 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519116001 | + EDI: CITICORP | Feb 12 2026 01:53:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519116002 | + EDI: CITICORP | Feb 12 2026 01:53:00 | Brand Source/citi Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519116003 | + EDI: CITICORP | Feb 12 2026 01:53:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519116005 | EDI: IRS.COM | Feb 12 2026 01:53:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519126398 | + Email/Text: RASEBN@raslg.com | Feb 11 2026 21:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519116007 | + EDI: JPMORGANCHASE | Feb 12 2026 01:53:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |

District/off: 0312-3 | User: admin | Page 2 of 3

Date Rcvd: Feb 11, 2026 | Form ID: 3180W | Total Noticed: 43

| | | | |
|---|---|---|---|
| 519116008 | + EDI: JPMORGANCHASE | Feb 12 2026 01:53:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 519120298 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2026 21:08:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519136361 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2026 21:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519629833 | EDI: PRA.COM | Feb 12 2026 01:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519629834 | EDI: PRA.COM | Feb 12 2026 01:53:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519156868 | EDI: PRA.COM | Feb 12 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519156869 | EDI: PRA.COM | Feb 12 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519155448 | EDI: PRA.COM | Feb 12 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519117182 | EDI: Q3G.COM | Feb 12 2026 01:53:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520759443 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520759442 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520173132 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520173133 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519116010 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519116011 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519116012 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/pc Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116013 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116014 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/ppmc, Po Box 965005, Orlando, FL 32896-5005 |
| 519116015 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/sony Financial S, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519116016 | + EDI: SYNC | Feb 12 2026 01:53:00 | Syncb/tjx Cos Dc, Po Box 965015, Orlando, FL 32896-5015 |
| 519165754 | + EDI: AIS.COM | Feb 12 2026 01:53:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519116017 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 11 2026 21:09:00 | Tbom/atls/fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519116018 | + EDI: CITICORP | Feb 12 2026 01:53:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519116019 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | The Money Source Inc, 500 S Broad St Meriden, |

District/off: 0312-3                                   User: admin                                   Page 3 of 3

Date Rcvd: Feb 11, 2026                          Form ID: 3180W                          Total Noticed: 43

|  |  |  | Meriden, CT 06450-6755 |
|---|---|---|---|
| 519186684 | + Email/Text: BK@servicingdivision.com | Feb 11 2026 21:09:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519148438 | EDI: USBANKARS.COM | Feb 12 2026 01:53:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519116020 | + EDI: USBANKARS.COM | Feb 12 2026 01:53:00 | Us Bank, Po Box 130, Hillsboro, OH 45133-0130 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519116004 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519116006 | * | Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Joint Debtor Yelena Tarshis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |
| Yakov Rudikh | on behalf of Debtor Aleksandr Tarshis rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5